UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL CALLAHAN, et al.,

    Plaintiffs,

v.

TD AMERITRADE, et al.,

    Defendants.
_____/

Case No. 1:23-cv-129

Hon. Hala Y. Jarbou

## ORDER

On October 21, 2024, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that this action be dismissed with prejudice for Plaintiffs' failure to prosecute (ECF No. 58).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on November 4, 2024.  The R&R gave notice to Plaintiffs; they did not respond.  Instead, Plaintiff Martha Menzie filed a stipulated order of dismissal (ECF No. 60).  Per Menzie's stipulation, the Court dismissed her claims against Defendants (ECF No. 61).

On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Thus, the Court will approve and adopt the R&R as it relates to Plaintiff Daniel Callahan, the only remaining plaintiff.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 58) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff Daniel Callahan's claims are **DISMISSED WITH PREJUDICE**.

A judgment will issue in accordance with this order.

Dated: November 13, 2024          /s/ Hala Y. Jarbou
                                  HALA Y. JARBOU
                                  CHIEF UNITED STATES DISTRICT JUDGE